**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: December 26, 2007**

**Docket Number: 07   00670-CA**

**SMART DOCUMENT SOLUTIONS, LLC
VERSUS
MICHAEL B. MILLER**

**Appealed from Crowley City Court Parish Case No. 20920**

**BEFORE JUDGES:**

**Hon. Oswald A. Decuir
Hon. Elizabeth A. Pickett
Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael B. Miller** has this day been

**DENIED.**

cc: Brian Francis Blackwell, Counsel for the Appellee